

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 01/06/2022

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

January 6, 2022

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re:    *Lin v. Renaud, et al.*, No. 21 Civ. 6433 (VEC)

Dear Judge Caproni:

    This Office represents the government in this action brought against the Department of Homeland Security and U.S. Citizenship and Immigration Services.  I write in response to the Court's inquiries regarding the status of the case in light of the conference scheduled for tomorrow.  *See* ECF No. 18.  Our Office has no record of service in this action and my attempts to contact the plaintiff's counsel by e-mail and telephone have not yet succeeded.  In light of the circumstances, I respectfully request that the Court adjourn the January 7 conference *sine die*.

    I thank the Court for its consideration of this letter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    *s/ Michael J. Byars*
    MICHAEL J. BYARS
    Assistant United States Attorney
    Telephone: (212) 637-2793
    Facsimile: (212) 637-2786
    E-mail: michael.byars@usdoj.gov

cc:  Counsel of record (via ECF)

The initial pretrial conference, currently scheduled for Friday, January 7, 2022 at 11:00 A.M. is adjourned *sine die*.

Plaintiff's counsel is directed to meet and confer with Defense counsel by no later than **Wednesday, January 12, 2022**. By no later than **Friday, January 21, 2022**, the parties must file a joint letter with a proposed date for the initial pretrial conference. The pre-conference submissions will be due the Thursday of the week preceding the initial pretrial conference.

SO ORDERED.

*[signature]*   Date: January 6, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE